UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
CARLOS MIRANDA,                           :     16cv4942(DLC)
                           Movant,        :     01cr0397(DLC)
          -v-                             :
                                          :          ORDER
UNITED STATES OF AMERICA,                 :
                                          :
                           Respondent.    :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 22 2020

DENISE COTE, District Judge:

On January 10, 2020, the defendant was re-sentenced

pursuant to the Supreme Courts decision in United States v.

Davis, No. 18-431, 2019 WL 2570623 (U.S. Sup. Ct. June 24,

2019). On January 22, 2020, the "Amended Judgement In A

Criminal Case Pursuant to First Step Act of 2018" was filed in

01cr397. Accordingly, it is hereby

ORDERED that the Clerk of Court shall terminate civil

action 16 Civ. 4942.

Dated:    New York, New York
          January 22, 2020


                              _____
                                      DENISE COTE
                              United States District Judge